# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James E. Beaston Jr.** <br> **aka James E. Beaston** <br><br> **Debtor** | **BK NO. 19-00681 HWV** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire** <br>
                                          James C. Warmbrodt, Esquire <br>
                                          KML Law Group, P.C. <br>
                                          BNY Mellon Independence Center <br>
                                          701 Market Street, Suite 5000 <br>
                                          Philadelphia, PA  19106 <br>
                                          215-627-1322