```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                         Case No. 19-00681-HWV
James E. Beaston, Jr.                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 2    Date Rcvd: Apr 01, 2019
                        Form ID: ntcnfhrg    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db             +James E. Beaston, Jr.,    517 Sandra Avenue,    Harrisburg, PA 17109-5815
5163593         Apothaker Scian, PC,    520 Fellowship Road, Suite C306,    PO Box 5496,
                  Mount Laurel, NJ 08054-5496
5163596        +Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
5163603         Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
5163604       #+Ratchford Law Group, PC,    409 Lackawanna Avenue, Suite 320,    Scranton, PA 18503-2059
5163606        +TD Bank USA / Target Card,    PO Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2019 19:33:03
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5163595         E-mail/Text: bankruptcy@cavps.com Apr 01 2019 19:31:16     Cavalry Portfolio Services,
                  PO Box 27288,    Tempe, AZ 85285
5163594         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2019 19:33:03
                  Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5164310        +E-mail/Text: bankruptcy@cavps.com Apr 01 2019 19:31:16     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5172720         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2019 19:44:45     LVNV Funding LLC,
                  PO Box 10587,    Greenville, SC 29603-0587
5163597        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2019 19:33:35     LVNV Funding, LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
5163598        +E-mail/Text: camanagement@mtb.com Apr 01 2019 19:30:49     M&T Bank,
                  Attn: Legal Document Processing,    626 Commerce Drive,    Amherst, NY 14228-2391
5163599        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2019 19:31:03     Midland Funding, LLC,
                  2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5163600        +E-mail/PDF: bankruptcy@ncfsi.com Apr 01 2019 19:33:32     New Century Financial Services,
                  110 South Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
5169998         E-mail/PDF: cbp@onemainfinancial.com Apr 01 2019 19:33:14     ONEMAIN,    P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
5163601         E-mail/PDF: cbp@onemainfinancial.com Apr 01 2019 19:33:28     OneMain Financial,
                  601 NW 2nd Street,    PO Box 3251,    Evansville, IN 47731-3251
5163602         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2019 19:33:32
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
5163605         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2019 19:33:35
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5163969        +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 19:33:01     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 James E.  Beaston, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| | | |
| --- | --- | --- |
| In re: | | |
| James E. Beaston Jr., <br> aka James E. Beaston, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−00681−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 1, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: May 8, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 1, 2019 |

ntcnfhrg (03/18)