







## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Polas, Jr., Esquire
Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502

9590 9402 4558 8278 2797 99

2. Article Number (Transfer from service label)

7018 0360 0002 2363 6014

## COMPLETE THIS SECTION ON DELIVERY

A. Signature: _Washington_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): _____
C. Date of Delivery: _____

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NORFOLK, VA 23502    OFFICIAL USE

Certified Mail Fee  $3.50                    0011 11
$                   $2.80
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark Here
☐ Certified Mail Restricted Delivery $ $0.00   FEB 19 2019
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $       02/19/2019
Postage  $0.55
$
Total Postage  $6.85
Sent To: Robert Polas, Jr., Esquire
Street and: Portfolio Recovery Associates, LLC
            120 Corporate Boulevard
City, State: Norfolk, VA 23502

7018 0360 0002 2363 6014




## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cavalry SPV I, LLC
Attn: Timothy Stapleford, CEO
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

9590 9402 4558 8278 2797 20

2. Article Number (Transfer from service label)

7018 0360 0002 2363 7431

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY



A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received By (Printed Name)    C. Date of Delivery
                                  2-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

VALHALLA NY 10595  OFFICIAL USE

Certified Mail Fee  $3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.55
Total Postage  $6.85

Sent To: Cavalry SPV I, LLC
Street and: Attn: Timothy Stapleford, CEO
            500 Summit Lake Drive, Suite 400
City, State: Valhalla, NY 10595

FEB 2019

7018 0360 0002 2363 7431





## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Ratchford, Esquire
   Ratchford Law Group, LC
   409 Lackawanna Avenue, Suite 320
   Scranton, PA 18503

   9590 9402 4558 8278 2797 13

2. Article Number (Transfer from service label)

   7018 0360 0002 2363 7455

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SCRANTON, PA 18503  OFFICIAL USE

Certified Mail Fee  $3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postage  $0.55
Total Postage  $6.85
Postmark Here  FEB 19 2019
02/19/2019

Sent To: Michael Ratchford, Esquire
Ratchford Law Group, LC
409 Lackawanna Avenue, Suite 320
Scranton, PA 18503

7018 0360 0002 2363 7455











