```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 19-00681-HWV
James E. Beaston, Jr.                                         Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1      User: KADavis         Page 1 of 1          Date Rcvd: Jul 25, 2019
                          Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5163602        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 19:23:15
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 James E.  Beaston, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| James E. Beaston, Jr.<br>**Debtor 1** | Chapter 13 |
| | Case No. 1:19-bk-00681-HWV |
| James E. Beaston, Jr.<br>**Movant(s)**<br>v. | Matter: Objection to Proof of Claim |
| Portfolio Recovery Associates, LLC<br>**Respondent(s)** | Claim No. 9 |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Objection to Proof of Claim, said objection IS SUSTAINED and the Proof of Claim filed April 18, 2019 by Portfolio Recovery Associates, LLC, NA IS HEREBY DISALLOWED.

Dated: July 25, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)