In re:                                                          Case No. 19-00681-HWV
James E. Beaston, Jr.                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 1          Date Rcvd: Jul 25, 2019
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5188790          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2019 19:23:02
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587

                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 James E.  Beaston, Jr. pmurphy@dplglaw.com,
          kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James E. Beaston, Jr.<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:19-bk-00681-HWV |
| James E. Beaston, Jr.<br>**Movant(s)** | **Matter:** Objection to Proof of Claim |
| v.<br>Pinnacle Credit Services, LLC<br>**Respondent(s)** | **Claim No.** 10 |

### ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Objection to Proof of Claim, said objection IS SUSTAINED and the Proof of Claim filed April 23, 2019 by Pinnacle Credit Services, LLC, NA IS HEREBY DISALLOWED.

Dated: July 25, 2019

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (JH)