**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James E. Beaston, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-00681-HWV |

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Midland Funding, LLC<br>2365 Northside Drive, Suite 30<br>San Diego, CA 92108-2709 | Midland Funding, LLC<br>8875 Aero Drive, Suite 200<br>PO Box 939069<br>San Diego, CA 92193 |

Date: September 19, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*